# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | No. 413 |
| | : | |
| DESIGNATION OF CHAIR AND VICE-CHAIR OF THE MINOR JUDICIARY EDUCATION BOARD | : | MAGISTERIAL RULES DOCKET |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 18th day of April, 2017, Nathan N. Firestone, Esquire, is hereby designated as Chair, and Barbara A. Zemlock, Esquire, is designated as Vice-Chair, of the Minor Judiciary Education Board, commencing July 1, 2017.